# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) HODGES, GEORGE R. | 2. Court or Organization BANKRUPTCY COURT (NCWB) | 3. Date of Report 07/23/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. BANKRUPTCY JUDGE (RETIRED/RECALLED) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2020 to 12/31/2020 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
401 WEST TRADE STREET
CHARLOTTE, NC 28202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | INTER VIVOS LIFE INSURANCE TRUST 11/22/89 (NO REPORTABLE ASSETS) |
| 2. | MEMBER | HOGSED CREEK FARM, LLC (REPORTABLE ASSETS ARE LISTED IN PART VII) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HODGES, GEORGE R.** | 07/23/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. NATIONWIDE INSURANCE CO | TRIANGLE PROPERTIES ASSOC. LLC SECURED BY SHOPPING CENTER IN HICKORY, NC | P1 |
| 2. NATIONWIDE INSURANCE CO | NOTE BY JM WALLACE LAND CO SECURED BY SHOPPING CENTER IN IREDELL COUNTY, NC | P1 |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. BB&T (cash) | A | Interest | N | T | | | | | |
| 3. JOHN HANCOCK WHOLE LIFE INSURANCE POLICY | | None | M | T | | | | | |
| 4. NY LIFE FIXED ANNUITY | D | Interest | M | T | | | | | |
| 5. JM WALLACE PROPERTY INVESTMENTS, LLC | | None | P1 | U | | | | | |
| 6. TRIANGLE PROPERTIES ASSOC., LLC | G | Distribution | N | U | | | | | |
| 7. J.M. WALLACE LAND CO., LLC | G | Distribution | N | U | | | | | |
| 8. THE MASON WALLACE CO., LLC | G | Distribution | N | U | | | | | |
| 9. EAST MECKLENBURG CO. | G | Distribution | O | U | | | | | |
| 10. INDIAN LAND, SC INVESTMENT REAL ESTATE | | None | N | W | | | | | |
| 11. TRANSYLVANIA COUNTY, NC INVESTMENT PROPERTY | | None | N | W | Buy | 09/25/20 | N | | |
| 12. ACCOUNT #1 (H) | | | | | | | | | |
| 13. BANK OF AMERICA (cash) | A | Interest | | | Closed | 02/06/20 | M | | |
| 14. UBS BANK USA DEP ACCT (cash) | A | Interest | K | T | Open | 02/07/20 | M | | |
| 15. US TREASURY BILL ZERO% (912796SM2) | | None | | | Buy | 01/22/20 | K | | |
| 16. | | | | | Sold | 03/06/20 | K | A | |
| 17. ABBOTT LABS (ABT) | A | Dividend | | | Sold | 03/05/20 | J | B | |

1 Income Gain Codes:      A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes              J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000  O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3 Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment            T =Cash Market
  (See Column C2)            U =Book Value           V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. ABBVIE INC COM (ABBV) | A | Dividend | J | T | Sold (part) | 03/05/20 | J | | |
| 19. ACCENTURE PLC IRELAND CL A (ACN) | A | Dividend | K | T | Buy | 03/10/20 | K | | |
| 20. AIR PRODUCTS & CHEM (APD) | A | Dividend | | | Sold | 03/05/20 | J | C | |
| 21. AMC NETWORKS (AMCX) | | None | J | T | Buy (add'l) | 03/06/20 | J | | |
| 22. AMER ELECTRIC POWER CO (AEP) | A | Dividend | J | T | Buy | 03/10/20 | J | | |
| 23. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 24. | | | | | Sold (part) | 07/28/20 | J | | |
| 25. | | | | | Sold (part) | 10/23/20 | J | | |
| 26. AMGEN INC (AMGN) | A | Dividend | K | T | Sold | 03/05/20 | J | A | |
| 27. | | | | | Buy | 09/29/20 | J | | |
| 28. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 29. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 30. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 31. | | | | | Buy (add'l) | 11/06/20 | J | | |
| 32. AUTODESK INC (ADSK) | | None | J | T | | | | | |
| 33. AUTOMATIC DATA PROCESSING (ADP) | A | Dividend | | | Sold | 03/05/20 | J | A | |
| 34. BIOGEN INC (BIIB) | | None | J | T | Sold (part) | 03/05/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  BLACKROCK INC (BLK) | A | Dividend | K | T | Buy | 03/10/20 | J | | |
| 36. | | | | | Sold<br>(part) | 04/03/20 | J | | |
| 37. | | | | | Sold<br>(part) | 04/06/20 | J | A | |
| 38. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 39. | | | | | Buy<br>(add'l) | 07/28/20 | J | | |
| 40.  BROADCOM LTD (AVGO) | A | Dividend | K | T | Sold<br>(part) | 03/05/20 | J | A | |
| 41.  CARRIER GLOBAL CORP (CARR) (X) | | None | | | Sold | 04/06/20 | J | | |
| 42.  CERENCE INC (CRNC) (X) | | None | J | T | | | | | |
| 43.  CHEVRON CORP (CVX) | A | Dividend | | | Sold<br>(part) | 03/05/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 45. | | | | | Sold<br>(part) | 11/06/20 | J | | |
| 46. | | | | | Sold<br>(part) | 11/09/20 | J | | |
| 47. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 48. | | | | | Sold | 11/27/20 | J | A | |
| 49.  CHUBB LTD CHF (CB) | A | Dividend | K | T | Buy | 03/10/20 | J | | |
| 50. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 11/06/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CISCO SYSTEMS INC COM (CSCO) | A | Dividend | K | T | Sold (part) | 03/05/20 | J | A | |
| 53. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 54. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 55. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 56. CITRIX SYSTEMS INC (CTXS) | A | Dividend | J | T | Sold (part) | 03/05/20 | J | A | |
| 57. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 58. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 59. COCA COLA COM (KO) | A | Dividend | K | T | Buy (add'l) | 03/10/20 | K | | |
| 60. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 61. COMCAST CORP NEW CL A (CMCSA) | A | Dividend | K | T | Buy (add'l) | 03/10/20 | J | | |
| 62. | | | | | Sold (part) | 05/04/20 | J | | |
| 63. CRANE CO (CR) | A | Dividend | J | T | Buy | 03/10/20 | J | | |
| 64. CREE INC (CREE) | | None | J | T | | | | | |
| 65. CROWN CASTLE REIT INC (CCI) | | None | | | Sold | 03/05/20 | K | D | |
| 66. DARDEN RESTAURANTS INC (DRI) | A | Dividend | | | Sold | 03/05/20 | J | | |
| 67. DIAGEO PLC NEW GB SPON ADR (DEO) | A | Dividend | J | T | Buy | 03/10/20 | J | | |
| 68. | | | | | Sold (part) | 11/09/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. DISCOVERY COMMUNICATION (DISCA) | | None | J | T | Buy (add'l) | 05/06/20 | J | | |
| 70. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 71. DOLBY LABORATORIES (DLB) | A | Dividend | J | T | | | | | |
| 72. EVERSOURCE ENERGY COM (ES) | A | Dividend | | | Sold | 03/05/20 | J | A | |
| 73. EXXON MOBIL CORP (XOM) | A | Dividend | | | Sold | 03/05/20 | J | | |
| 74. FIREEYE INC (FEYE) | | None | J | T | Buy (add'l) | 03/17/20 | J | | |
| 75. FLUOR CORP (FLR) | A | Dividend | | | Sold | 03/05/20 | J | | |
| 76. FREEPORT MCMORAN (FCX) | A | Dividend | K | T | Buy (add'l) | 03/06/20 | J | | |
| 77. GCI LIBERTY INC (GLIBA) (Y) | | | | | | | | | |
| 78. GUARDANT HEALTH INC (GH) | | None | J | T | Buy | 03/06/20 | J | | |
| 79. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 80. HOME DEPOT (HD) | A | Dividend | K | T | Buy (add'l) | 03/10/20 | J | | |
| 81. | | | | | Sold (part) | 04/03/20 | J | A | |
| 82. | | | | | Sold (part) | 04/06/20 | J | A | |
| 83. | | | | | Sold (part) | 11/06/20 | J | A | |
| 84. | | | | | Sold (part) | 11/09/20 | J | A | |
| 85. HONEYWELL INTL (HON) | A | Dividend | | | Sold | 03/05/20 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  ILLINOIS TOOL WORKS (ITW) | A | Dividend | | | Sold | 03/05/20 | J | B | |
| 87.  IMMUNOGEN INC (IMGN) | | None | J | T | | | | | |
| 88.  INTEL CORP (INTC) | A | Dividend | K | T | Buy | 03/10/20 | K | | |
| 89. | | | | | Sold<br>(part) | 11/06/20 | J | | |
| 90.  IONIS PHARMACEUTICALS (IONS) | | None | J | T | Buy<br>(add'l) | 03/06/20 | J | | |
| 91.  JOHNSON CONTROLS (JCI) | A | Dividend | J | T | | | | | |
| 92.  JOHNSON AND JOHNSON COM (JNJ) | A | Dividend | K | T | Buy<br>(add'l) | 03/10/20 | J | | |
| 93. | | | | | Sold<br>(part) | 09/29/20 | J | A | |
| 94. | | | | | Sold<br>(part) | 09/30/20 | J | A | |
| 95. | | | | | Sold<br>(part) | 10/05/20 | J | A | |
| 96. | | | | | Sold<br>(part) | 10/06/20 | J | A | |
| 97. | | | | | Buy<br>(add'l) | 11/06/20 | J | | |
| 98.  JPMORGAN CHASE & CO (JPM) | A | Dividend | K | T | Buy | 03/10/20 | J | | |
| 99.  LIBERTY MEDIA CORP DEL SIRIUS<br>XM (LSXMA) (X) | | None | J | T | | | | | |
| 100.  LIBERTY MEDIA CORP DEL SIRIUS<br>XM (LSXMK) | | None | J | T | | | | | |
| 101.  LIBERTY BROADBAND CORP (LBRDA)<br>(Y) | | | | | | | | | |
| 102.  LIBERTY BROADBAND CORP SER C<br>(LBRDK) (X) | | None | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. LILLY ELI (LLY) | A | Dividend | | | Sold | 03/05/20 | J | B | |
| 104. LINDE PLC EUR (LIN) | A | Dividend | K | T | Buy | 03/10/20 | J | | |
| 105. | | | | | Sold<br>(part) | 11/06/20 | J | A | |
| 106. | | | | | Sold<br>(part) | 11/09/20 | J | A | |
| 107. LIONS GATE ENTERTAINMENT (LGFB) | | None | J | T | | | | | |
| 108. LOCKHEED MARTIN (LMT) | A | Dividend | J | T | Buy<br>(add'l) | 03/10/20 | J | | |
| 109. | | | | | Sold<br>(part) | 05/04/20 | J | A | |
| 110. | | | | | Sold<br>(part) | 11/06/20 | J | A | |
| 111. LOGMEIN INC (LOGM) | | None | | | Sold | 03/05/20 | J | | |
| 112. LYONDELL BASELL IND (LYB) | A | Dividend | | | Sold | 03/05/20 | J | A | |
| 113. L3HARRIS TECHNOLOGIES (LHX) | A | Dividend | J | T | | | | | |
| 114. MARSH & MCLENNAN COS INC (MMC) | A | Dividend | K | T | Buy<br>(add'l) | 03/10/20 | J | | |
| 115. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 116. | | | | | Sold<br>(part) | 07/27/20 | J | A | |
| 117. | | | | | Sold<br>(part) | 07/28/20 | J | A | |
| 118. MAXIM INTEFRATED (MXIM) | A | Dividend | | | Sold | 03/05/20 | J | A | |
| 119. MCDONALDS CORP. (MCD) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  MEDTRONIC PLC (MDT) | A | Dividend | K | T | Buy (add'l) | 03/10/20 | J | | |
| 121. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 122.  MICROSOFT (MSFT) | A | Dividend | K | T | Buy (add'l) | 03/10/20 | K | | |
| 123. | | | | | Sold (part) | 03/10/20 | J | A | |
| 124. | | | | | Sold (part) | 07/27/20 | J | C | |
| 125.  MONDELEZ INTL (MDLZ) | A | Dividend | | | Sold | 03/05/20 | J | B | |
| 126.  NATIONAL OILWELL VARCO (NOV) | A | Dividend | J | T | | | | | |
| 127.  NEXTERA ENERGY INC (NEE) | A | Dividend | J | T | Sold (part) | 03/05/20 | J | C | |
| 128. | | | | | Sold (part) | 03/10/20 | J | A | |
| 129. | | | | | Sold (part) | 07/27/20 | J | A | |
| 130.  NOVARTIS AG SPON ADR (NVS) | | None | K | T | Buy | 03/10/20 | K | | |
| 131. | | | | | Sold (part) | 09/29/20 | J | A | |
| 132. | | | | | Sold (part) | 09/30/20 | J | A | |
| 133. | | | | | Sold (part) | 10/05/20 | J | A | |
| 134. | | | | | Buy (add'l) | 11/06/20 | J | | |
| 135.  NOW INC (DNOW) | | None | J | T | | | | | |
| 136.  NUANCE COMM (NUAN) | | None | J | T | Sold (part) | 03/05/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  NUCOR CORPORATION (NUE) | A | Dividend | J | T | | | | | |
| 138.  OCCIDENTAL PETE CORP CAL (OXY) | A | Dividend | | | Buy (add'l) | 01/09/20 | J | | |
| 139. | | | | | Buy (add'l) | 01/13/20 | J | | |
| 140. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 141. | | | | | Sold | 04/29/20 | J | | |
| 142.  ONEOK INC OKLAHOMA (OKE) | A | Dividend | | | Sold | 03/05/20 | J | A | |
| 143.  OTIS WORLDWIDE CORP (OTIS) | | None | | | Buy | 03/10/20 | J | | |
| 144. | | | | | Sold | 04/06/20 | J | | |
| 145.  PAYCHEX INC. (PAYX) | A | Dividend | | | Sold | 03/05/20 | J | B | |
| 146.  PENTAIR (PNR) | A | Dividend | J | T | | | | | |
| 147.  PEPSICO INC (PEP) | A | Dividend | | | Sold | 03/05/20 | K | C | |
| 148.  PFIZER INC (PFE) | A | Dividend | | | Sold | 03/05/20 | J | | |
| 149.  PHILLIPS 66 (PSX) | A | Dividend | J | T | Sold | 03/05/20 | J | | |
| 150. | | | | | Buy | 05/04/20 | J | | |
| 151. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 152. | | | | | Buy (add'l) | 05/06/20 | J | | |
| 153. | | | | | Buy (add'l) | 07/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 155. PROCTER & GAMBLE CO (PG) | A | Dividend | K | T | Buy | 03/10/20 | K | | |
| 156. | | | | | Sold (part) | 07/27/20 | J | A | |
| 157. | | | | | Sold (part) | 11/06/20 | J | A | |
| 158. PROLOGIS INC (PLD) | | None | | | Sold | 03/05/20 | J | A | |
| 159. QURATE RETAIL GROUP QVC (QRTEA) | C | Dividend | J | T | Buy (add'l) | 03/06/20 | J | | |
| 160. | | | | | Sold (part) | 09/23/20 | J | | |
| 161. RAYTHEON TECHNOLOGIES CORP (RTX) | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 162. | | | | | Sold (part) | 05/04/20 | J | | |
| 163. REALTY INCM CRP MD (O) | A | Dividend | | | Sold | 03/05/20 | J | B | |
| 164. REPUBLIC SERVICES INC (RSG) | A | Dividend | J | T | Buy | 03/10/20 | J | | |
| 165. | | | | | Sold (part) | 04/03/20 | J | | |
| 166. | | | | | Sold (part) | 04/06/20 | J | | |
| 167. ROCKWELL AUTOMATION INC NEW (ROK) | A | Dividend | J | T | Buy | 03/10/20 | J | | |
| 168. | | | | | Sold (part) | 04/03/20 | J | | |
| 169. | | | | | Sold (part) | 11/06/20 | J | A | |
| 170. SEAGATE TECH PLC (STX) | A | Dividend | K | T | Buy (add'l) | 03/06/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 172. SEMPRA ENERGY (SRE) | A | Dividend | | | Sold | 03/05/20 | J | C | |
| 173. SIMON PROPERTY GROUP (SPG) | A | Dividend | | | Sold | 03/05/20 | J | | |
| 174. STARBUCKS CORP (SBUX) | A | Dividend | | | Sold | 03/05/20 | J | B | |
| 175. SUNCOR ENERGY INC NEW CAD (SU) | | None | | | Buy | 03/10/20 | J | | |
| 176. | | | | | Sold | 05/04/20 | J | | |
| 177. SYSCO CORPORATION (SYY) | A | Dividend | | | Sold | 03/05/20 | J | | |
| 178. TE CONNECTIVITY LTD (TEL) | A | Dividend | K | T | | | | | |
| 179. TEXAS INSTRUMENTS (TXN) | A | Dividend | K | T | Sold (part) | 03/05/20 | J | A | |
| 180. | | | | | Sold (part) | 04/03/20 | J | A | |
| 181. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 182. | | | | | Buy (add'l) | 07/28/20 | J | | |
| 183. TRUIST FINL CORP (TFC) | A | Dividend | J | T | Sold (part) | 03/05/20 | J | | |
| 184. TWITTER INC (TWTR) | | None | K | T | Sold (part) | 03/05/20 | J | A | |
| 185. UNION PACIFIC CORP (UNP) | A | Dividend | K | T | Buy | 03/10/20 | J | | |
| 186. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 187. | | | | | Buy (add'l) | 04/06/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold<br>(part) | 11/06/20 | J | A | |
| 189. | | | | | Sold<br>(part) | 11/09/20 | J | A | |
| 190. UNITED PARCEL SERVICE INC CL B (UPS) | A | Dividend | J | T | Buy | 11/06/20 | J | | |
| 191. | | | | | Buy<br>(add'l) | 11/09/20 | J | | |
| 192. UNITED HEALTH GROUP (UNH) | A | Dividend | K | T | Sold<br>(part) | 03/05/20 | J | A | |
| 193. VALERO ENERGY CORP (VLO) | A | Dividend | | | Sold | 03/05/20 | J | | |
| 194. VERTEX PHARM INC (VRTX) | | None | K | T | Sold<br>(part) | 03/05/20 | J | A | |
| 195. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 196. | | | | | Buy<br>(add'l) | 05/27/20 | J | | |
| 197. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 198. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 199. | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 200. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 201. VF CORP (VFC) | A | Dividend | K | T | Buy | 03/10/20 | J | | |
| 202. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 203. WEC ENERGY GROUP (WEC) | A | Dividend | | | Sold | 03/05/20 | J | C | |
| 204. WILLIAMS COMPANIES (WMB) | | None | | | Sold | 03/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  WESTERN DIGITAL (WDC) | A | Dividend | J | T | Sold<br>(part) | 03/05/20 | J | | |
| 206.  ISHARES EDGE MSCI MIN VOL EMERG MKTS (EEMV) | B | Dividend | L | T | | | | | |
| 207.  ISHARES EDGE MSCI MIN VOL EAFE (EFAV) | C | Dividend | M | T | | | | | |
| 208.  FULLER & THALER BEHVRL SM CAP EQ FD I (FTHSX) | A | Dividend | M | T | Buy<br>(add'l) | 03/05/20 | J | | |
| 209.  NEUBERGER BERMAN INTL EQ FD I (NBIIX) | D | Dividend | M | T | Buy<br>(add'l) | 03/05/20 | J | | |
| 210. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 211.  T ROWE PRICE EMERG MKTS STOCK FD I (PRMSX) | A | Dividend | L | T | | | | | |
| 212.  BANK OF AMER CORP MED TERM NTS 04.125% (06051GFB0) | | None | | | Buy | 03/23/20 | J | | |
| 213. | | | | | Sold | 04/14/20 | J | A | |
| 214.  GOLDMAN SACHS GROUP INC 04.000% (38141GVM3) | | None | | | Buy | 03/23/20 | J | | |
| 215. | | | | | Sold | 07/09/20 | J | B | |
| 216.  SHELL INTL FIN NTS B/E 02.875% (822582BT8) | A | Interest | J | T | Buy | 03/23/20 | J | | |
| 217.  VERIZON COMMUNICATIONS GLB 05.150% SEP 15 2023 (92343VBR4) | | None | | | Sold | 01/08/20 | J | A | |
| 218.  VERIZON COMMUNICATIONS 04.125% (92343VDY7) | A | Interest | J | T | Buy | 04/16/20 | J | | |
| 219.  CVS HEALTH CORP NTS B/E 04.300% (126650CX6) | A | Interest | J | T | Buy | 06/09/20 | J | | |
| 220.  WELLS FARGO & CO B/E 03.584% (95000U2A0) | A | Interest | J | T | Buy | 03/23/20 | J | | |
| 221.  CITIGROUP INC B/E 03.668% (172967LP4) | A | Interest | J | T | Buy | 03/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. COMCAST CORP NTS B/E 04.150% (20030NCT6) | A | Interest | J | T | Buy | 03/23/20 | J | | |
| 223. OCCIDENTAL PETROLEUM COR GLB 03.500% JUN 15 2025 (674599CG8) | | None | | | Buy | 01/09/20 | J | | |
| 224. | | | | | Buy (add'l) | 01/13/20 | J | | |
| 225. | | | | | Sold | 03/06/20 | J | | |
| 226. JPMORGAN CHASE & CO GLB (46647PAX4) | | None | | | Sold | 03/06/20 | J | B | |
| 227. JPMORGAN CHASE & CO B/E 04.203% (46647PAV8) | A | Interest | K | T | Buy | 03/23/20 | J | | |
| 228. GOLDMAN SACHS GROUP INC 3.800% (38141GXH2) | A | Interest | J | T | Buy | 07/09/20 | J | | |
| 229. BANK OF AMER CORP 02.884% (06051GHX0) | A | Interest | J | T | Buy | 04/14/20 | J | | |
| 230. GENERAL ELEC CAP CORP 05.875% JAN 14 2038 (36962G3P7) | A | Interest | J | T | Buy (add'l) | 04/08/20 | J | | |
| 231. MICROSOFT CORP B/E 04.250% (594918CA0) | A | Interest | K | T | Buy | 03/23/20 | J | | |
| 232. ENTERPRISE PRODUCTS OPER COMP GUARNT (29379VAV5) | A | Interest | | | Sold | 03/06/20 | J | A | |
| 233. ENTERPRISE PRODUCTS OPER 04.800% (29379VBU6) | A | Interest | J | T | Buy | 04/01/20 | J | | |
| 234. CVS HEALTH CORP GLB (126650CZ1) | | None | | | Sold | 03/06/20 | J | C | |
| 235. FNMA PL MA3521 04.0000% (31418C4F8) | A | Interest | | | Buy | 05/28/20 | K | | |
| 236. | | | | | Sold | 11/06/20 | J | | |
| 237. FNMA PL MA4204 02.0000% (31418DU67) | | None | K | T | Buy | 12/09/20 | K | | |
| 238. FHLMC PL ZT1546 04.5000% (3132ADWF1) | A | Interest | J | T | Buy | 03/10/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. FHLMC PL SD8010 03.0000% (3132DV3T0) | A | Interest | J | T | Buy | 03/10/20 | J | | |
| 240. FHLMC PL SD8113 02.0000 DUE 11/01/50 (3132DWAN3) | A | Interest | K | T | Buy | 11/06/20 | K | | |
| 241. FNMA PL MA3803 03.5000% (31418DGM8) | A | Interest | | | Buy | 04/09/20 | K | | |
| 242. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 243. | | | | | Sold (part) | 06/17/20 | J | | |
| 244. | | | | | Sold | 12/09/20 | K | | |
| 245. FNMA PL MA3961 03.5000% (31418DMK5) | A | Interest | | | Buy | 07/10/20 | J | | |
| 246. | | | | | Sold | 12/09/20 | J | | |
| 247. FHLMC PL SD8044 03.0000% (3132DV5D3) | A | Interest | | | Buy | 03/10/20 | K | | |
| 248. | | | | | Sold | 05/26/20 | K | A | |
| 249. FHLMC GO 8635 03% 2045 (3128MJV56) | A | Interest | | | Sold | 03/12/20 | J | A | |
| 250. FHLMC GO 8741 03% 2047 (3128MJZF0) | A | Interest | | | Sold | 03/12/20 | K | B | |
| 251. FHLMC G0 8776 04 50% 2047 (3128MJ2J8) | A | Interest | | | Sold | 03/12/20 | J | | |
| 252. FNMA PMA3184 04 50% 2047 (3141BCRE6) | A | Interest | | | Sold | 03/12/20 | J | | |
| 253. FNMA PMA3238 03 50% 2048 (31418CS47) | A | Interest | | | Sold | 03/12/20 | K | A | |
| 254. FNMA PMA3416 04 50% 2048 (31418CYN8) | A | Interest | | | Sold | 03/12/20 | J | | |
| 255. FNMA PMA3443 04% 2048 (31418CZH0) | A | Interest | | | Sold | 03/12/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. FNMA PMA3444 04 50%2048 (31418CZJ6) | A | Interest | | | Sold | 03/12/20 | J | | |
| 257. FNMA PMA3592 04%2049 (31418C7E8) | A | Interest | | | Sold | 03/10/20 | J | | |
| 258. FNMA PMA3594 05%2049 (3141BC7G3) | A | Interest | | | Sold | 01/13/20 | J | | |
| 259. FNMA PMA3685 03%2049 (31418DCX8) | A | Interest | | | Sold | 03/12/20 | J | | |
| 260. FNMA PMA3692 03 50%2049 (31418DC67) | A | Interest | | | Sold | 03/12/20 | J | | |
| 261. FNMA PMA3747 04 50%2049 (31418DEV0) (Y) | | | | | | | | | |
| 262. FNMA PMA3871 03%2049 (31418DJR4) | A | Interest | | | Buy | 01/17/20 | K | | |
| 263. | | | | | Sold | 03/12/20 | K | A | |
| 264. FNMA PMA3630 05%2049 (31418DA85) | A | Interest | | | Sold | 01/13/20 | J | | |
| 265. FNMA PFM1147 05%2049 (3140X4HZ2) | A | Interest | | | Sold | 01/13/20 | J | | |
| 266. LORD ABBETT SHORT DURATION INC FD F (LDLFX) | D | Dividend | N | T | Sold (part) | 03/05/20 | J | A | |
| 267. WESTERN ASSET SMASH SERIES M FUND (LMSMX) | D | Dividend | M | T | Sold | 02/05/20 | M | C | |
| 268. | | | | | Buy | 03/13/20 | M | | |
| 269. | | | | | Sold (part) | 05/12/20 | K | B | |
| 270. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 271. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 272. WESTERN ASSET SMASH SERIES C FUND (LMLCX) | C | Dividend | L | T | Sold | 02/05/20 | M | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Buy | 03/13/20 | K | | |
| 274. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 275. | | | | | Buy<br>(add'l) | 05/12/20 | K | | |
| 276. WESTERN ASSET SMASH SERIES EC<br>FUND (LMECX) | B | Dividend | M | T | Buy | 03/13/20 | M | | |
| 277. | | | | | Buy<br>(add'l) | 03/30/20 | K | | |
| 278. U S TREASURY NOTE 2.6250%<br>(9128284Y3) | | None | | | Buy | 03/10/20 | J | | |
| 279. | | | | | Sold | 06/09/20 | J | | |
| 280. U S TREASURY NOTE 0.3750%<br>(912828ZL7) | A | Int./Div. | K | T | Buy | 05/26/20 | K | | |
| 281. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 282. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 283. U S TREASURY NOTE 0.3750%<br>(91282CAZ4) | | None | J | T | Buy | 12/09/20 | J | | |
| 284. U S TREASURY NOTE 1.6250%<br>(912828P46) | A | Interest | K | T | Buy | 06/17/20 | J | | |
| 285. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |
| 286. | | | | | Buy<br>(add'l) | 08/24/20 | J | | |
| 287. FNMA - CALL BOND 6.6250%<br>(31359MGK3) | A | Interest | J | T | Buy | 03/11/20 | J | | |
| 288. US TREASURY NOTE 1.375%<br>(912828L65) | | None | | | Sold | 03/06/20 | J | A | |
| 289. US TREASURY NOTE 1.625% JUN 30<br>(9128287A2) | | None | | | Sold | 03/06/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. US TREASURY NOTE 2.000% (912828SF8) | A | Interest | | | Sold | 03/06/20 | J | A | |
| 291. US TREASURY NOTE 2.750% (9128283W8) | A | Interest | | | Sold | 03/06/20 | K | B | |
| 292. US TREASURY BOND 3.375% (912810RG5) | | None | | | Sold | 03/06/20 | K | D | |
| 293. US TREASURY BOND 3.000% (912810RM2) | A | Interest | K | T | Buy (add'l) | 03/10/20 | J | | |
| 294. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 295. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 296. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 297. UNITED STATES T (912810RQ3) | A | Interest | K | T | Buy | 03/11/20 | J | | |
| 298. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 299. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 300. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 301. US TREASURY BOND 2.750% (912810RY6) | | None | | | Sold | 03/06/20 | K | D | |
| 302. US TREASURY BOND 3.000% FEB 15 (912810SF6) | A | Interest | K | T | Sold | 01/22/20 | K | B | |
| 303. | | | | | Buy | 03/11/20 | K | | |
| 304. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 305. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 306. | | | | | Buy (add'l) | 12/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. US TSY INFL PROT BOND (912810SM1) | A | Interest | J | T | Buy | 03/10/20 | J | | |
| 308. ACCOUNT #2 (H) | | | | | | | | | |
| 309. AMERICAN CAPITAL WLD FUND (CWGIX) | | None | | | Sold | 01/02/20 | L | E | |
| 310. AMERICAN CAP INC. BKDR. (CAIBX) | | None | | | Sold | 01/02/20 | L | C | |
| 311. AMERICAN GROWTH FUND (AGTHX) | | None | | | Sold | 01/02/20 | L | E | |
| 312. ISHARES TR CORE MSCI EAF ETF (IEFA) | A | Dividend | K | T | Buy | 01/02/20 | K | | |
| 313. ISHARES INC CORE MSCI EMERGING MKTS ETF (IEMG) | A | Dividend | K | T | Buy | 01/02/20 | K | | |
| 314. VANGUARD EXTD MKT ETF (VXF) | A | Dividend | L | T | Buy | 01/02/20 | K | | |
| 315. FULLER & THALER BEHVRL SMALL-CAP EQ FD CL INSTL (FTHSX) | A | Dividend | L | T | Buy | 01/03/20 | L | | |
| 316. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 317. NEUBERGER BERMAN INTL EQUITY FUND CL INSTL (NBIIX) | B | Dividend | K | T | Buy | 01/03/20 | K | | |
| 318. TROWE PRICE EMERGING MARKETS STOCK FD INV CL (PRMSX) | A | Dividend | K | T | Buy | 01/03/20 | K | | |
| 319. ACCOUNT #3 (H) | | | | | | | | | |
| 320. MERRILL LYNCH BANK DEPOSIT PROGRAM (cash) | A | Interest | | | Closed | 02/07/20 | J | | |
| 321. UBS FDIC INSURED DEP PGM (cash) | A | Interest | J | T | Open | 02/07/20 | J | | |
| 322. RAILSPLITTER TOBACCO SET (75076PAP0) | A | Interest | | | Buy | 03/16/20 | K | | |
| 323. | | | | | Redeemed | 06/01/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. MINNESOTA ST GO STATE VAR PURP BDS SER A (6041294D5) | B | Interest | | | Redeemed | 08/01/20 | K | | |
| 325. NEW YORK ST DORM AUTH ST (64990FXG4) | | None | L | T | Buy | 08/10/20 | L | | |
| 326. OREGON ST DPT ADMIN LOTTERY RV REV FEF BDS (68607VG90) | A | Interest | K | T | | | | | |
| 327. NEW YORK N Y GO BDS SER B (64966JPA8) | A | Interest | K | T | | | | | |
| 328. MISSOURI ST HWYS & TRANS COMMN ST RD REV REF ST (60636WRG2) | A | Interest | K | T | | | | | |
| 329. NORTH CAROLINA ST LTD OBLIG REF BDS SER C (65829QCC6) | B | Interest | K | T | | | | | |
| 330. IOWA ST SPL OBLIG IJOB PROG SPL OBLIG REF BDS A (46257TDZ9) | | None | | | Sold | 03/10/20 | K | A | |
| 331. RALEIGH NC COMB ENTERPRISE SYS REV A RF (751100JK5) | A | Interest | K | T | | | | | |
| 332. SEATTLE WA WATER SYS 99B (812728TM5) | A | Interest | J | T | Buy | 04/03/20 | J | | |
| 333. MARYLAND ST FOR ISSUES D (574193NV6) | A | Interest | K | T | Buy | 06/02/20 | K | | |
| 334. TEXAS TRANSN COMMN ST HWY FD REV REF BDS (88283LJV9) | B | Interest | K | T | | | | | |
| 335. MISSOURI ST BRD PUB BLDG (606341LZ6) | A | Interest | K | T | Buy | 09/14/20 | K | | |
| 336. TEXAS ST GO MOBILITY FD REF BDS 2014 (882723NA3) | A | Interest | K | T | | | | | |
| 337. NEW MEXICO FIN AUTH ST TRANSN REV REF BDS (64711RJU1) | A | Interest | | | Sold | 09/04/20 | K | A | |
| 338. PENNSYLVANIA ST (70914PWL2) | B | Interest | L | T | Buy | 03/13/20 | L | | |
| 339. MASS ST GO CONSOL LN (57582P7B0) | | None | K | T | Buy | 09/14/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 340. WASHINTON ST HEALTH CARE FACS AUTH REV REV (93978HNT8) | A | Interest | | | Sold | 09/04/20 | K | A | |
| 341. MINNESOTA PUB FACS AUTH ST REVOLVING FD REV A (604115CG8) | A | Interest | K | T | | | | | |
| 342. NEW YORK ST URBAN DEV CORP REV INC TAX A-1 (650035YX0) | A | Interest | K | T | | | | | |
| 343. TENNESSEE ST GO BDS A (880541VL8) | A | Interest | K | T | | | | | |
| 344. TALLAHASSEE FLA ENERGY SYS REV REF REV BDS (874476JJ4) | A | Interest | K | T | | | | | |
| 345. UNIVERSITY TEX UNIV REVS REV FIN SYS BDS SER J (91514AGQ2) | A | Interest | K | T | | | | | |
| 346. SUSTAINABLE EGY UTIL INC DEL EGY EFFICIENCY REV (86932UAP0) | | None | | | Sold | 03/10/20 | K | A | |
| 347. INDIANA FIN AUTH HOSP REV REV REF BDS SER A (45471APX4) | | None | | | Sold | 03/10/20 | J | | |
| 348. NORTH CAROLINA CAP FACS FIN AGY EDL FACS REV RF (65818PKG3) | A | Interest | | | Sold | 03/10/20 | K | A | |
| 349. VIRGINIA CBA VA ED FCS REV 21T REF BDS SER E (92778VFF0) | A | Interest | | | Sold | 03/10/20 | K | B | |
| 350. WISCONSIN ST GO REF BDS SER 3 (97705MKP9) | A | Interest | K | T | | | | | |
| 351. NORTHSIDE TEX INDPT SCH DIST ULTD TAX PSF GTD (66702RTK8) | A | Interest | K | T | | | | | |
| 352. METROPOLITAN TRANSN AUTH N Y DEDICATED (59261AWZ6) | A | Interest | J | T | | | | | |
| 353. METROPOLITAN TRANSN AUTH N Y DEDICATED (59261AWZ6) (Y) | | | | | | | | | |
| 354. ACCOUNT #4 (H) | | | | | | | | | |
| 355. ML BANK DEPOSIT (cash) | A | Interest | | | Closed | 02/07/20 | K | | |
| 356. UBS FDIC INSURED DEP PGM (cash) | A | Interest | J | T | Open | 02/24/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. ABBOTT LABS (ABT) | A | Dividend | K | T | Sold (part) | 03/05/20 | J | A | |
| 358. ABBVIE INC COM (ABBV) | A | Dividend | K | T | Buy | 03/19/20 | J | | |
| 359. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 360. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 361. | | | | | Buy (add'l) | 05/11/20 | J | | |
| 362. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 363. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 364. AIR PRODUCTS & CHEM (APD) | A | Dividend | K | T | | | | | |
| 365. AMERICAN TOWER CORP REIT (AMT) | | None | | | Buy | 12/08/20 | J | | |
| 366. | | | | | Sold | 12/11/20 | J | | |
| 367. AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 368. AUTOMATIC DATA PROCESSING (ADP) | A | Dividend | K | T | | | | | |
| 369. BLACKROCK INC (BLK) | A | Dividend | K | T | | | | | |
| 370. BROADCOM LTD (AVGO) | A | Dividend | K | T | Buy (add'l) | 03/05/20 | J | | |
| 371. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 372. | | | | | Buy (add'l) | 09/14/20 | J | | |
| 373. | | | | | Buy (add'l) | 09/17/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 374. CHEVRON CORP (CVX) | A | Dividend | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 375. | | | | | Sold | 12/11/20 | K | | |
| 376. CISCO SYSTEMS INC COM (CSCO) | A | Dividend | | | Sold<br>(part) | 01/09/20 | J | A | |
| 377. | | | | | Sold<br>(part) | 10/14/20 | J | | |
| 378. | | | | | Sold | 12/11/20 | K | | |
| 379. COCA COLA COM (KO) | A | Dividend | J | T | Buy<br>(add'l) | 03/11/20 | J | | |
| 380. COMCAST CORP NEW CL A (CMCSA) | A | Dividend | J | T | | | | | |
| 381. CROWN CASTLE REIT INC (CCI) | A | Dividend | K | T | | | | | |
| 382. DARDEN RESTAURANTS INC<br>UNSOLICITED (DRI) | | None | | | Buy | 03/09/20 | J | | |
| 383. | | | | | Sold | 03/19/20 | J | | |
| 384. EATON CORP PLC (ETN) | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 385. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |
| 386. EVERSOURCE ENERGY COM (ES) | A | Dividend | J | T | | | | | |
| 387. EXXON MOBIL CORP (XOM) | | None | | | Buy | 01/21/20 | J | | |
| 388. | | | | | Sold | 03/11/20 | J | | |
| 389. HOME DEPOT (HD) | A | Dividend | K | T | | | | | |
| 390. HONEYWELL INTL (HON) | A | Dividend | K | T | Sold<br>(part) | 08/21/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. | | | | | Sold (part) | 12/01/20 | J | B | |
| 392. | | | | | Sold (part) | 12/08/20 | J | B | |
| 393.  ILLINOIS TOOL WORKS (ITW) | A | Dividend | K | T | | | | | |
| 394.  JOHNSON AND JOHNSON COM (JNJ) | A | Dividend | J | T | Sold (part) | 07/09/20 | J | A | |
| 395. | | | | | Sold (part) | 08/27/20 | J | A | |
| 396. | | | | | Sold (part) | 10/14/20 | J | A | |
| 397. | | | | | Sold (part) | 12/01/20 | J | A | |
| 398.  JPMORGAN CHASE & CO (JPM) | A | Dividend | K | T | Sold (part) | 01/09/20 | J | A | |
| 399. | | | | | Sold (part) | 01/10/20 | J | A | |
| 400.  LILLY ELI (LLY) | A | Dividend | K | T | | | | | |
| 401.  LOCKHEED MARTIN (LMT) | A | Dividend | K | T | | | | | |
| 402.  LYONDELL BASELL IND (LYB) | A | Dividend | J | T | Sold (part) | 03/19/20 | J | | |
| 403. | | | | | Sold (part) | 12/08/20 | J | A | |
| 404.  MARSH & MCLENNAN COS INC (MMC) | A | Dividend | K | T | | | | | |
| 405.  MAXIM INTEGRATED (MXIM) | A | Dividend | | | Sold (part) | 07/24/20 | J | A | |
| 406. | | | | | Sold (part) | 08/27/20 | J | A | |
| 407. | | | | | Sold (part) | 09/02/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 408. | | | | | Sold | 09/14/20 | J | A | |
| 409. MCDONALDS CORP. (MCD) | A | Dividend | K | T | Sold<br>(part) | 04/16/20 | J | | |
| 410. MEDTRONIC PLC (MDT) | A | Dividend | K | T | | | | | |
| 411. MERCK & CO INC NEW COM (MRK) | A | Dividend | K | T | Buy | 03/05/20 | J | | |
| 412. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 413. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 414. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 415. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 416. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 417. MICROSOFT (MSFT) | A | Dividend | K | T | Sold<br>(part) | 03/05/20 | J | B | |
| 418. | | | | | Sold<br>(part) | 03/11/20 | J | A | |
| 419. | | | | | Sold<br>(part) | 03/24/20 | J | A | |
| 420. | | | | | Sold<br>(part) | 03/26/20 | J | B | |
| 421. MONDELEZ INTL (MDLZ) | A | Dividend | K | T | Buy<br>(add'l) | 03/05/20 | J | | |
| 422. NEXTERA ENERGY INC (NEE) | A | Dividend | K | T | | | | | |
| 423. ONEOK INC OKLAHOMA (OKE) | A | Dividend | | | Sold | 03/16/20 | J | | |
| 424. PAYCHEX INC. (PAYX) | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425. PEPSICO INC (PEP) | A | Dividend | K | T | Buy (add'l) | 11/19/20 | J | | |
| 426. PFIZER INC (PFE) | A | Dividend | | | Buy | 01/21/20 | K | | |
| 427. | | | | | Sold (part) | 03/05/20 | J | | |
| 428. | | | | | Sold | 05/11/20 | J | | |
| 429. PHILLIPS 66 (PSX) | A | Dividend | | | Buy (add'l) | 03/05/20 | J | | |
| 430. | | | | | Sold | 12/11/20 | J | | |
| 431. PNC FINCL SERVICES GROUP (PNC) | A | Dividend | J | T | Buy (add'l) | 01/10/20 | J | | |
| 432. | | | | | Buy (add'l) | 01/24/20 | J | | |
| 433. | | | | | Sold (part) | 12/11/20 | J | | |
| 434. PROCTER & GAMBLE CO (PG) | A | Dividend | K | T | Buy | 03/26/20 | J | | |
| 435. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 436. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 437. PROLOGIS INC (PLD) | A | Dividend | K | T | Buy (add'l) | 04/07/20 | J | | |
| 438. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 439. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 440. QUALCOMM INC (QCOM) | A | Dividend | K | T | Buy | 08/27/20 | J | | |
| 441. | | | | | Buy (add'l) | 09/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 442. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 443. | | | | | Buy<br>(add'l) | 10/14/20 | J | | |
| 444. REALTY INCM CRP MD (O) | A | Dividend | | | Sold<br>(part) | 04/07/20 | J | | |
| 445. | | | | | Sold | 12/11/20 | J | | |
| 446. SEMPRA ENERGY (SRE) | A | Dividend | K | T | | | | | |
| 447. SIMON PROPERTY GROUP DEL (SPG) | A | Dividend | | | Buy | 01/21/20 | J | | |
| 448. | | | | | Sold<br>(part) | 03/19/20 | J | | |
| 449. | | | | | Sold | 03/24/20 | J | | |
| 450. STARBUCKS CORP (SBUX) | A | Dividend | K | T | | | | | |
| 451. SYSCO CORPORATION (SYY) | A | Dividend | | | Sold | 03/24/20 | J | | |
| 452. TEXAS INSTRUMENTS (TXN) | A | Dividend | K | T | | | | | |
| 453. TRUIST FINL CORP (TFC) | A | Dividend | | | Sold | 12/11/20 | K | | |
| 454. UNITED PARCEL SERVICE INC CL B (UPS) | | None | J | T | Buy | 12/01/20 | J | | |
| 455. US BANCORP (USB) | A | Dividend | | | Sold | 12/11/20 | J | | |
| 456. VALERO ENERGY CORP (VLO) | A | Dividend | | | Sold<br>(part) | 03/26/20 | J | | |
| 457. | | | | | Sold | 11/19/20 | J | | |
| 458. VANGUARD DIVIDEND (VIG) | | None | | | Sold | 01/21/20 | L | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. VERIZON COMMUNICATIONS INC (VZ) | A | Dividend | K | T | Buy | 03/19/20 | J | | |
| 460. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 461. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 462. WEC ENERGY GROUP (WEC) | A | Dividend | K | T | Sold (part) | 07/09/20 | J | A | |
| 463. WELLS FARGO & CO NEW DEL (WFC) | | None | | | Sold (part) | 01/24/20 | J | | |
| 464. | | | | | Sold | 03/05/20 | J | | |
| 465. WILLIAMS COMPANIES DEL (WMB) | | None | | | Buy | 01/21/20 | J | | |
| 466. | | | | | Sold | 03/05/20 | J | | |
| 467. ISHARES CORE HIGH DIVID ETF (HDV) | | None | M | T | Buy | 12/11/20 | M | | |
| 468. ACCOUNT #5 (H) | | | | | | | | | |
| 469. BOA/ML BANK DEPOSIT (cash) | A | Interest | | | Closed | 03/03/20 | M | | |
| 470. UBS FDIC INSURED DEP PGM (cash) | A | Interest | M | T | Open | 03/04/20 | M | | |
| 471. ALTRIA GROUP INC (MO) | C | Dividend | K | T | | | | | |
| 472. BERKSHIRE HATHAWAY B (BRKB) | | None | M | T | | | | | |
| 473. BRISTOL-MYERS SQUIBB CO (BMY) | B | Dividend | L | T | | | | | |
| 474. CISCO SYSTEMS INC COM (CSCO) | D | Dividend | M | T | | | | | |
| 475. COCA COLA COM (KO) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 476. CSX CORP (CSX) | B | Dividend | M | T | | | | | |
| 477. DUKE ENERGY CORP NEW (DUK) | A | Dividend | K | T | | | | | |
| 478. EMERSON ELEC CO (EMR) | B | Dividend | L | T | | | | | |
| 479. INTEL CORP (INTC) | B | Dividend | L | T | | | | | |
| 480. JOHNSON AND JOHNSON COM (JNJ) | C | Dividend | M | T | | | | | |
| 481. LINCOLN NTL CORP IND NPV (LNC) | C | Dividend | L | T | | | | | |
| 482. MERCK AND CO INC (MRK) | C | Dividend | M | T | | | | | |
| 483. MICROSOFT CORP (MSFT) | D | Dividend | P1 | T | | | | | |
| 484. NUCOR CORPORATION (NUE) | B | Dividend | L | T | | | | | |
| 485. ORACLE CORP $0.01 DEL (ORCL) | C | Dividend | M | T | | | | | |
| 486. PHILIP MORRIS INTL INC (PM) | C | Dividend | L | T | | | | | |
| 487. SONOCO PRODUCTS CO (SON) | D | Dividend | M | T | | | | | |
| 488. AMERICAN FUNDAMENTAL INVESTORS INC CL A (ANCFX) | C | Dividend | M | T | | | | | |
| 489. AMERICAN BALANCED FUND INC CL A (ABALX) | D | Dividend | M | T | | | | | |
| 490. ACCOUNT #6 (H) | | | | | | | | | |
| 491. IRA - BB&T (cash) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HODGES, GEORGE R.** | 07/23/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

INCOME IS RECEIVED FROM SEVERAL CLOSELY HELD ▬▬▬ CORPORATIONS INCLUDING EAST MECKLENBURG CORP., THE MASON WALLACE CO., LLC, J.M. WALLACE LAND CO., LLC AND TRIANGLE PROPERTIES ASSOCIATES, LLC, AND REAL PROPERTY OWNED IN COMMON. THIS IS IN THE NATURE OF INVESTMENT INCOME AND IS REPORTED IN PART VII. THE CORPORATIONS BUY, SELL, AND OWN REAL ESTATE, BUT THE STOCKHOLDERS DO NOT CONTROL ANY OF THOSE DECISIONS OR ASSETS INDIVIDUALLY.

TRANSYLVANIA COUNTY, NC INVESTMENT PROPERTY AND ACCOUNT #6, BB&T (cash) ARE OWNED IN WHOLE OR PART BY THE FILER. THE REMAINING ASSETS IN THIS REPORT ARE NEITHER OWNED NOR CONTROLLED BY THE FILER; INFORMATION REGARDING THESE ITEMS IS REPORTED TO THE BEST OF THE FILER'S KNOWLEDGE, INFORMATION, AND BELIEF.

PART VII, COLUMN B: LINES REFLECTING NO INCOME ARE SO REPORTED BECAUSE NONE WAS ATTRIBUTED TO THOSE PARTICULAR HOLDINGS DURING THE REPORTING PERIOD, WHETHER TAXABLE, TAX EXEMPT, OR TAX DEFERRED, OR BECAUSE THE INVESTMENTS DO NOT ALLOCATE INCOME TO INDIVDUAL HOLDINGS, BUT INSTEAD ARE CREDITED ONLY IN UNIT VALUE, PER PAGE 42 OF THE FILING INSTRUCTIONS.

PART VII, TRANSYLVANIA COUNTY, NC INVESTMENT PROPERTY WAS PURCHASED FROM ▬▬▬▬▬▬▬▬ ▬▬▬▬▬ (AS TRUSTEE FOR THE ▬▬▬▬▬ FAMILY TRUST).

PART VII, ABBVIE INC COM (ABBV) WAS ALLERGAN PLC (AGN).

PART VII, OTIS WORLDWIDE CORP (OTIS) WAS UNTD TECHNOLOGIES CORP (UTX).

PARENTHETICAL NUMBERS LISTED IN PART VII OF THIS REPORT ARE CUSIP NUMBERS.

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 07/23/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ GEORGE R. HODGES**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544